Office Mailing Address:                                                                                    Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                                                   Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                                                                    P.O. Box 680
Reading, PA  19606                                                                               Memphis, TN  38101-0680

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-14543-PMM**

Christine Marie Schinstine                                                  Petition Filed Date: 11/24/2020
54 N. 17th Street                                                           341 Hearing Date: 01/05/2021
Easton PA    18042                                                    Confirmation Date: 05/27/2021

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2023 | $528.00 | | 09/25/2023 | $528.00 | | 10/23/2023 | $528.00 | |
| 11/27/2023 | $528.00 | | 12/27/2023 | $528.00 | | 01/23/2024 | $528.00 | |
| 02/26/2024 | $528.00 | | 03/25/2024 | $528.00 | | 04/22/2024 | $528.00 | |
| 05/24/2024 | $528.00 | | 06/24/2024 | $528.00 | | 07/24/2024 | $528.00 | |

**Total Receipts for the Period: $6,336.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $23,721.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $5,530.06 | $4,012.47 | $1,517.59 |
| 2 | CAVALRY SPV INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $6,464.42 | $4,690.40 | $1,774.02 |
| 3 | MIDLAND CREDIT MANAGEMENT INC<br>»» 003 | Unsecured Creditors | $1,775.84 | $1,288.50 | $487.34 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $641.79 | $454.13 | $187.66 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $199.09 | $130.05 | $69.04 |
| 6 | US DEPARTMENT OF EDUCATION<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | US DEPARTMENT OF EDUCATION<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CHASE BANK USA NA<br>»» 008 | Unsecured Creditors | $795.88 | $563.15 | $232.73 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $1,751.52 | $1,270.87 | $480.65 |
| 10 | COLLEGE AVE STUDENT LOANS<br>»» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $564.79 | $399.61 | $165.18 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 012 | Unsecured Creditors | $7,891.12 | $5,725.58 | $2,165.54 |
| 13 | NATIONSTAR MORTGAGE LLC<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $728.06 | $515.11 | $212.95 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,060.00 | $2,060.00 | $0.00 |

**Chapter 13 Case No. 20-14543-PMM**

| | |
|---|---|
| **SUMMARY** | |

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,721.00 | Current Monthly Payment: | $528.00 |
| Paid to Claims: | $21,109.87 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,072.31 | Total Plan Base: | $31,641.00 |
| Funds on Hand: | $538.82 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
 for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.