Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 20-14543-PMM**

Christine Marie Schinstine  
54 N. 17th Street  
Easton  PA    18042

Petition Filed Date: 11/24/2020  
341 Hearing Date: 01/05/2021  
Confirmation Date: 05/27/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2024 | $528.00 | | 09/23/2024 | $528.00 | | 10/23/2024 | $528.00 | |
| 11/25/2024 | $528.00 | | 12/26/2024 | $528.00 | | 01/24/2025 | $528.00 | |
| 02/25/2025 | $528.00 | | 03/25/2025 | $528.00 | | 04/23/2025 | $528.00 | |
| 05/23/2025 | $528.00 | | 06/23/2025 | $528.00 | | 07/22/2025 | $528.00 | |

**Total Receipts for the Period: $6,336.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30,057.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $5,530.06 | $5,236.18 | $293.88 |
| 2 | CAVALRY SPV INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $6,464.42 | $6,120.88 | $343.54 |
| 3 | MIDLAND CREDIT MANAGEMENT INC<br>»» 003 | Unsecured Creditors | $1,775.84 | $1,681.47 | $94.37 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $641.79 | $595.53 | $46.26 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $199.09 | $184.72 | $14.37 |
| 6 | US DEPARTMENT OF EDUCATION<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | US DEPARTMENT OF EDUCATION<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CHASE BANK USA NA<br>»» 008 | Unsecured Creditors | $795.88 | $753.59 | $42.29 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $1,751.52 | $1,658.44 | $93.08 |
| 10 | COLLEGE AVE STUDENT LOANS<br>»» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $564.79 | $524.08 | $40.71 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 012 | Unsecured Creditors | $7,891.12 | $7,471.76 | $419.36 |
| 13 | NATIONSTAR MORTGAGE LLC<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $728.06 | $675.56 | $52.50 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,060.00 | $2,060.00 | $0.00 |

**Chapter 13 Case No. 20-14543-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $30,057.00 | Current Monthly Payment: | $528.00 |
| Paid to Claims: | $26,962.21 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,555.41 | Total Plan Base: | $31,641.00 |
| Funds on Hand: | $539.38 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.