United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Christine Marie Schinstine  
    Debtor

Case No. 20-14543-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Nov 25, 2025      Form ID: 138OBJ      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine Marie Schinstine, 54 N. 17th Street, Easton, PA 18042-3159 |
| 14563401 | + | David J. Apothaker, Esquire, 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |
| 14563403 | + | Hayt, Hayt & Landau, LLC, 400 Market Street, 6th Floor, Philadelphia, PA 19106-2513 |
| 14563407 | | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Dallas, TX 75063 |
| 14727237 | + | Nationstar Mortgage LLC, C/O Mario J Hanyon, Brock and Scott, PLLC, 8757 Red Oak Blvd. Suite 150, Charlotte, NC 28217-3977 |
| 14563411 | + | Trey Brown, 54 N 17th ST, Easton, PA 18042-3159 |
| 14574230 | + | UAS/College Ave Student Loans, 233 N. King ST, STE 400, STE 400, Wilmington, DE 19801-2545 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 26 2025 00:42:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 26 2025 00:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14563412 | | Email/Text: bankruptcy@collegeave.com | Nov 26 2025 00:42:00 | UAS College Ave Student, 233 N King St, Wilmington, DE 19801 |
| 14563398 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2025 01:03:20 | Capital One Bank USA NA, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 14563399 | + | Email/Text: bankruptcy@cavps.com | Nov 26 2025 00:42:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14563400 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 26 2025 01:04:26 | Citi Cards/Citibank, PO BOX 6241, Sioux Falls, SD 57117-6241 |
| 14563402 | | Email/Text: mrdiscen@discover.com | Nov 26 2025 00:42:00 | Discover Financial Services, PO BOX 15316, Wilmington, DE 19850 |
| 14566078 | | Email/Text: mrdiscen@discover.com | Nov 26 2025 00:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14563404 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 26 2025 01:04:36 | JPMCB card, PO BOX 15369, Wilmington, DE 19850-5369 |
| 14569693 | + | Email/Text: JPMCBknotices@nationalbankruptcy.com | Nov 26 2025 00:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14563405 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2025 01:04:39 | LVNV Funding LLC, PO BOX 1269, Greenville, SC 29602-1269 |
| 14569295 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 25, 2025 | Form ID: 138OBJ | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 26 2025 01:03:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14563406 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2025 00:42:00 | Midland Credit Management Inc, 320 East Big Beaver, Troy, MI 48083-1271 |
| 14567340 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2025 00:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14727040 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 26 2025 00:42:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14821033 | ^ | MEBN | Nov 26 2025 00:32:07 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14727039 | + | Email/Text: EBN@brockandscott.com | Nov 26 2025 00:42:00 | Nationstar Mortgage LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14578531 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 26 2025 00:42:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14577485 | | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2025 00:42:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14563410 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 26 2025 00:51:13 | SYNCB/Care Credit, C/O PO Box 965036, Orlando, FL 32896-0001 |
| 14563409 | + | Email/Text: DeftBkr@santander.us | Nov 26 2025 00:42:00 | Santander Bank NA, PO BOX 841002, Boston, MA 02284-1002 |
| 14580485 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 26 2025 01:02:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, 4515 N. Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 14569380 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 26 2025 00:42:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14563413 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 26 2025 00:42:00 | US Dept of Ed/GLELSI, PO BOX 7860, Madison, WI 53707-7860 |
| 14563414 | | Email/Text: PHILAW@weltman.com | Nov 26 2025 00:42:00 | Weltman Weinberg & Reis CO LPA, 170 S Independence Mall, Suite 874, Philadelphia, PA 19106-3334 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14571723 | ##+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Kristen D. Little, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14571807 | ##+ | Nationstar Mortgage, LLC d/b/a Mr. Cooper, c/o Kristen D. Little, Esq., Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14563408 | ##+ | Samantha Tran Estevez, Esq., 949 Manatawna Ave, Philadelphia, PA 19128-1133 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 25, 2025 | Form ID: 138OBJ | Total Noticed: 32 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 27, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| CHARLES LAPUTKA | on behalf of Debtor Christine Marie Schinstine ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| KRISTEN D. LITTLE | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER KRLITTLE@FIRSTAM.COM |
| MARIO J. HANYON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 138OBJ* (6/24)−doc 38 − 37

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Christine Marie Schinstine ) Case No. 20−14543−pmm
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 25, 2025

For The Court

Mohung Wong
Clerk of Court